IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GARY WAYNE BROWN, II**                                         **PLAINTIFF**

**VERSUS**                            **CIVIL ACTION NO. 1:08-cv-1312-HSO-JMR**

**JACKSON COUNTY, ET AL.**                                    **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of Chief United States Magistrate John M. Roper [36-1], entered in this cause on January 22, 2010. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS, ORDERED AND ADJUDGED** that, because there is no genuine issue as to any material fact on Plaintiff's claims brought against them, Defendants are entitled to judgment as a matter of law pursuant to FED. R. CIV. P. 56. Therefore, Defendants' Motion for Summary Judgment [32-1] filed September 22, 2009, should be and hereby is **GRANTED,** and Plaintiff's claims against Defendants are dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 15th day of March, 2010.

                                       *s/ Halil Suleyman Ozerden*
                                       HALIL SULEYMAN OZERDEN
                                       UNITED STATES DISTRICT JUDGE